# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMIR F. ABD-ELMALEK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARRY H. JENKINS,<br><br>　　　　　Defendant. | Case No. 2:16-cv-02509-APG-GWF<br><br>**ORDER DISMISSING CASE** |

　　　On November 3, 2016, Magistrate Judge Foley dismissed plaintiff Amir Abd-Elmalek's complaint with leave to amend. ECF No. 3.  Judge Foley directed the plaintiff to file an amended complaint by December 2, 2016. *Id.* at 3.  Since that time, the plaintiff has not filed an amended complaint, and mail sent to him has been returned. ECF Nos. 4, 5.

　　　The plaintiff apparently has abandoned this case.  Additionally, he has not notified the court of his change of address as required by Local Rule IA 3-1.  "Failure to comply with this rule may result in dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

　　　IT IS THEREFORE ORDERED that the plaintiff's complaint is dismissed without prejudice.  The clerk of court is instructed to close this case.

　　　DATED this 8th day of March, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE